# United States District Court
## Violation Notice

CVB Location Code: CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1844753 | C. Bellino | 1568 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☒State Code |
|---|---|
| 2/8/09 1530 | 36CFR4.2(b) / CVC14601.2(a) |

Place of Offense: South Side Drive - 4 mile (Trail)

Offense Description: Driving w/ Suspended License - Prior DUI

**DEFENDANT INFORMATION** Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Patterson | Christopher | A |

Street Address:

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Waterford | CA | 95319 | |

Drivers License No.: ID | D.L. State: CA | Social Security No.:

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: Blk   Eyes: Brn   Height: 5-11   Weight: 180

**VEHICLE DESCRIPTION** VIN: 1FALP13PVW411793

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 3WVV621 | CA | 97 | Ford/Sedan | Blue |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

09-300

$ NA Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ NA Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 03/2006)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on February 8, 20 09 while exercising my duties as a law enforcement officer in the Eastern District of California

in Yosemite National Park

At about 1530 hours (at the Four Mile Trailhead along South Side Drive) I contacted Christopher PATTERSON for operating a motor vehicle in excess of the posted speed limit. I identified PATTERSON using a California ID Card. PATTERSON told me that his license had been suspended for a prior driving under the influence of alcohol violation (DUI). PATTERSON said that he was on probation related to the DUI violation. PATTERSON said that he knew that he should not be driving. California DMV records confirmed that PATTERSON's License was suspended for DUI. DMV records also confirmed that PATTERSON was on court probation for the same offense. During the contact I smelled a strong odor of alcoholic beverage and metabolized alcohol coming from PATTERSON's person. Pursuant to PATTERSON's terms of probation, I administered a portable breath test in the field. PBT S/N 013889 registered PATTERSON's breath alcohol content as .061 gm/210L at about 1555 hours. Later Ranger Michael Hinchberger administered an evidentiary breath test using Alcotest 7410 plus (S/N ARRF-0349). The Alcotest 7410 plus registered PATTERSON's breath alcohol content as .05 gm/210L at 1645 hours and as .04 gm/210L at 1649 hours.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/8/09
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | CA76 | |
| Violation Number | Officer Name (Print) | Officer No. |
| 1844754 | C. Bellino | 1568 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 2/8/09  1530 | 36 CFR 4.21(c) |

Place of Offense: South Side Drive 4 mile Trail

Offense Description: Speed 35/25

1844754

### DEFENDANT INFORMATION
Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| Patterson | Christopher | A |

Street Address: _____

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Waterford | CA | 95319 | |

| Driver's License No. ID | D.L. State | Social Security No. |
|---|---|---|
| | CA | |

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female    Hair BlK    Eyes Brn    Height 5-11    Weight 180

### VEHICLE DESCRIPTION
VIN: 1FALP13P8VW411793

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 3WVV621 | CA | 97 | Ford/Sedan | Blue |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

09-300

$ MA Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ MA Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ____

(Rev. 03/2006)    Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 8, 20 09 while exercising my duties as a law enforcement officer in the Eastern District of California in Yosemite National Park

At about 1530 hours I was parked facing east at the Four Mile Trailhead along South Side Drive when I visually estimated a westbound Blue Ford Sedan (CA Plate 3WVV621) to be travelling 35 mph which is above the posted speed limit (25 mph). I was in a marked patrol vehicle (G14 01502) and was operating its radar unit (S/N ED0317) in front stationary mode. The radar unit registered the Blue Ford's speed as 35 mph. The Blue Ford was the only vehicle on that section of road when the radar unit registered the speed. I had checked and confirmed the calibration of the radar unit at the beginning of my shift. The Blue Ford pulled into the pullout across the road from me and the driver began taking pictures through the driver side window. I pulled behind the vehicle and initiated my emergency lights. Using a California ID Card I identified the driver as Christopher Allen PATTERSON (DOB

The foregoing statement is based upon:

☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/8/09
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____
Date (mm/dd/yyyy)    U.S. Magistrate Judge